B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gardenwalk Cinemas, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>26-1829154 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**13 Corporate Plaza Drive #110**<br>**Newport Beach, CA**<br>ZIP Code: **92660** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code: | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Gardenwalk Cinemas, LLC** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Gardenwalk Cinemas, LLC** |
|---|---|

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ Helen Ryan Frazer**
Signature of Attorney for Debtor(s)

**Helen Ryan Frazer 92627**
Printed Name of Attorney for Debtor(s)

**Atkinson, Andelson, Loya, Ruud & Romo**
Firm Name

**12800 Center Court Drive, Suite 300**
**Cerritos, CA 90703**

Address

Email: hfrazer@aalrr.com
**(562) 653-3200  Fax: (562) 653-3333**
Telephone Number

**January 21, 2010     92627**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bruce Sanborn**
Signature of Authorized Individual

**Bruce Sanborn**
Printed Name of Authorized Individual

**, Managing Member**
Title of Authorized Individual

**January 21, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re  **Gardenwalk Cinemas, LLC**                                              Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Anaheim GW II, LLC<br>PO Box 27324<br>San Diego, CA 92198 | X | - | Disputed lease obligation<br>Subject to setoff. | X | X | X | 2,500,000.00 |
| Account No.<br><br>City of Anaheim<br>201 S. Anaheim Blvd.<br>Suite 300<br>Anaheim, CA 92805 |  | - | 2009<br>fees |  |  |  | 15,000.00 |
| Account No.<br><br>Continental Concession Supplies<br>250 Fulton Ave<br>New Hyde Park, NY 11040 |  | - | 2009<br>trade debt |  |  |  | 5,000.00 |
| Account No.<br><br>Employers Compensation ns<br>PO Box 52791<br>Phoenix, AZ 85071 |  | - | 2009<br>insurance |  |  |  | 800.00 |

_4_ continuation sheets attached

Subtotal (Total of this page)    **2,520,800.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N 39016-091120    Best Case Bankruptcy

In re  Gardenwalk Cinemas, LLC , Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Frize Corporation<br>16605 E. Gate Ave<br>Hacienda Heights, CA 91745 | - | | 2009<br>trade debt | | | | 50,000.00 |
| Account No.<br>IMAX Corp<br>2525 Speakman Dr.<br>Mississauga<br>Ontario, Canada L5K1B1 | - | | 2009<br>trade debt | | | | 6,000.00 |
| Account No.<br>James Woodin<br>PO Box 18911<br>Anaheim, CA 92817 | - | | 2009<br>trade debt | | | | 2,000.00 |
| Account No.<br>Kendrick, Jackson & Kearl<br>2603 Main Street<br>Suite 700<br>Irvine, CA 92614 | - | | 2009<br>attorneys fees | | | | 60,000.00 |
| Account No.<br>OC Weekly<br>2975 Red Hill Ave.<br>Suite 150<br>Costa Mesa, CA 92626 | - | | 2009<br>trade debt | | | | 0.00 |

Sheet no. 1 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   118,000.00

In re  Gardenwalk Cinemas, LLC , Case No. _____
            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>PNC West, Inc.<br>255 N. Pasadena St.<br>Suite 1<br>Gilbert, AZ 85233 | - | | 2009<br>trade debt | | | | 200,000.00 |
| Account No.<br><br>Royal Paper Corp<br>15050 Shoemaker Ave<br>Santa Fe Springs, CA 90670 | - | | 2009<br>trade debt | | | | 3,000.00 |
| Account No.<br><br>Schult<br>900 N.W. Hunter Dr.<br>Blue Springs, MO 64015 | - | | 2009<br>trade debt | | | | 9,000.00 |
| Account No.<br><br>Stadling, Yucca, Carlson & Rauth<br>660 Newport Center Drive<br>Suite 1600<br>Newport Beach, CA 92660 | - | | 2009<br>legal fees | | | | 425,000.00 |
| Account No.<br><br>State Board of Equalization<br>PO Box 942879<br>Sacramento, CA 94279 | - | | 2009<br>unsecured taxes | X | X | | 10,000.00 |

Sheet no. 2 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 647,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gardenwalk Cinemas, LLC**  ,  Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Technicolor<br>Dept 8498<br>Los Angeles, CA 90084 | | - | 2009<br>trade debt | | | | 200.00 |
| Account No.<br>Tempo Industries<br>1961 McGaw Ave<br>Irvine, CA 92614 | | - | 2009<br>trade debt | | | | 50,000.00 |
| Account No.<br>Theater Service and Supply<br>9582 Topanga Canyon Blvd.<br>Chatsworth, CA 91311 | | - | 2009<br>trade debt | | | | 60,000.00 |
| Account No.<br>Travelers Insurance<br>PO Box 26385<br>Richmond, VA 23260 | | - | 2009<br>insurance | | | | 8,000.00 |
| Account No.<br>Wesnic<br>6000 Bowdendale Ave<br>Jacksonville, FL 32216 | | - | 2009<br>trade debt | | | | 20,000.00 |

Sheet no. _3_ of _4_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  138,200.00

In re  Gardenwalk Cinemas, LLC , Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> WLC Architects <br> 8163 Rochester Ave <br> Suite 700 <br> Irvine, CA 92614 | - | | 2009 <br> services | | | | 150,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 150,000.00 |
| Total (Report on Summary of Schedules) | 3,574,000.00 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  Gardenwalk Cinemas, LLC  
     Debtor(s)

Case No.  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Anaheim GW II, LLC<br>PO Box 27324<br>San Diego, CA 92198 | Anaheim GW II, LLC<br>PO Box 27324<br>San Diego, CA 92198 | Disputed lease obligation | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 2,500,000.00 |
| City of Anaheim<br>201 S. Anaheim Blvd.<br>Suite 300<br>Anaheim, CA 92805 | City of Anaheim<br>201 S. Anaheim Blvd.<br>Suite 300<br>Anaheim, CA 92805 | fees | | 15,000.00 |
| Continental Concession Supplies<br>250 Fulton Ave<br>New Hyde Park, NY 11040 | Continental Concession Supplies<br>250 Fulton Ave<br>New Hyde Park, NY 11040 | trade debt | | 5,000.00 |
| Employers Compensation ns<br>PO Box 52791<br>Phoenix, AZ 85071 | Employers Compensation ns<br>PO Box 52791<br>Phoenix, AZ 85071 | insurance | | 800.00 |
| Frize Corporation<br>16605 E. Gate Ave<br>Hacienda Heights, CA 91745 | Frize Corporation<br>16605 E. Gate Ave<br>Hacienda Heights, CA 91745 | trade debt | | 50,000.00 |
| IMAX Corp<br>2525 Speakman Dr.<br>Mississauga<br>Ontario, Canada L5K1B1 | IMAX Corp<br>2525 Speakman Dr.<br>Mississauga | trade debt | | 6,000.00 |
| James Woodin<br>PO Box 18911<br>Anaheim, CA 92817 | James Woodin<br>PO Box 18911<br>Anaheim, CA 92817 | trade debt | | 2,000.00 |
| Kendrick, Jackson & Kearl<br>2603 Main Street<br>Suite 700<br>Irvine, CA 92614 | Kendrick, Jackson & Kearl<br>2603 Main Street<br>Suite 700<br>Irvine, CA 92614 | attorneys fees | | 60,000.00 |
| PNC West, Inc.<br>255 N. Pasadena St.<br>Suite 1<br>Gilbert, AZ 85233 | PNC West, Inc.<br>255 N. Pasadena St.<br>Suite 1<br>Gilbert, AZ 85233 | trade debt | | 200,000.00 |
| Royal Paper Corp<br>15050 Shoemaker Ave<br>Santa Fe Springs, CA 90670 | Royal Paper Corp<br>15050 Shoemaker Ave<br>Santa Fe Springs, CA 90670 | trade debt | | 3,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Gardenwalk Cinemas, LLC
      _____
              Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Schult<br>900 N.W. Hunter Dr.<br>Blue Springs, MO 64015 | Schult<br>900 N.W. Hunter Dr.<br>Blue Springs, MO 64015 | trade debt | | 9,000.00 |
| Stadling, Yucca, Carlson & Rauth<br>660 Newport Center Drive<br>Suite 1600<br>Newport Beach, CA 92660 | Stadling, Yucca, Carlson & Rauth<br>660 Newport Center Drive<br>Suite 1600<br>Newport Beach, CA 92660 | legal fees | | 425,000.00 |
| State Board of Equalization<br>PO Box 942879<br>Sacramento, CA 94279 | State Board of Equalization<br>PO Box 942879<br>Sacramento, CA 94279 | unsecured taxes | Unliquidated Disputed | 10,000.00 |
| Technicolor<br>Dept 8498<br>Los Angeles, CA 90084 | Technicolor<br>Dept 8498<br>Los Angeles, CA 90084 | trade debt | | 200.00 |
| Tempo Industries<br>1961 McGaw Ave<br>Irvine, CA 92614 | Tempo Industries<br>1961 McGaw Ave<br>Irvine, CA 92614 | trade debt | | 50,000.00 |
| Theater Service and Supply<br>9582 Topanga Canyon Blvd.<br>Chatsworth, CA 91311 | Theater Service and Supply<br>9582 Topanga Canyon Blvd.<br>Chatsworth, CA 91311 | trade debt | | 60,000.00 |
| Travelers Insurance<br>PO Box 26385<br>Richmond, VA 23260 | Travelers Insurance<br>PO Box 26385<br>Richmond, VA 23260 | insurance | | 8,000.00 |
| Wesnic<br>6000 Bowdendale Ave<br>Jacksonville, FL 32216 | Wesnic<br>6000 Bowdendale Ave<br>Jacksonville, FL 32216 | trade debt | | 20,000.00 |
| WLC Architects<br>8163 Rochester Ave<br>Suite 700<br>Irvine, CA 92614 | WLC Architects<br>8163 Rochester Ave<br>Suite 700<br>Irvine, CA 92614 | services | | 150,000.00 |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the , Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  January 21, 2010           Signature  /s/ Bruce Sanborn
                                              Bruce Sanborn
                                              , Managing Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **NONE**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **NONE**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **NONE**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **NONE**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Newport Beach, CA**   , California.         /s/ Bruce Sanborn
                                                             **Bruce Sanborn**
Dated         **January 21, 2010**                           *Debtor*


                                                             *Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
Revised May 2004                                                                                    F 1015-2.1
Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

Gardenwalk Cinemas, LLC
13 Corporate Plaza Drive #110
Newport Beach, CA 92660


Helen Ryan Frazer
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA 90703


Anaheim GW II, LLC
PO Box 27324
San Diego, CA 92198


Andersen, Mann, Hilbert & Parker
1230 Columbia Street
Suite 1050
San Diego, CA 92101


City of Anaheim
201 S. Anaheim Blvd.
Suite 300
Anaheim, CA 92805


Continental Concession Supplies
250 Fulton Ave
New Hyde Park, NY 11040


Employers Compensation ns
PO Box 52791
Phoenix, AZ 85071


Frize Corporation
16605 E. Gate Ave
Hacienda Heights, CA 91745

IMAX Corp
2525 Speakman Dr.
Mississauga
Ontario, Canada L5K1B1


James Woodin
PO Box 18911
Anaheim, CA 92817


Kendrick, Jackson & Kearl
2603 Main Street
Suite 700
Irvine, CA 92614


OC Weekly
2975 Red Hill Ave.
Suite 150
Costa Mesa, CA 92626


PNC West, Inc.
255 N. Pasadena St.
Suite 1
Gilbert, AZ 85233


Royal Paper Corp
15050 Shoemaker Ave
Santa Fe Springs, CA 90670


Schult
900 N.W. Hunter Dr.
Blue Springs, MO 64015


Stadling, Yucca, Carlson & Rauth
660 Newport Center Drive
Suite 1600
Newport Beach, CA 92660

State Board of Equalization
PO Box 942879
Sacramento, CA 94279


Technicolor
Dept 8498
Los Angeles, CA 90084


Tempo Industries
1961 McGaw Ave
Irvine, CA 92614


Theater Service and Supply
9582 Topanga Canyon Blvd.
Chatsworth, CA 91311


Travelers Insurance
PO Box 26385
Richmond, VA 23260


Wesnic
6000 Bowdendale Ave
Jacksonville, FL 32216


WLC Architects
8163 Rochester Ave
Suite 700
Irvine, CA 92614

# United States Bankruptcy Court
## Central District of California

In re   **Gardenwalk Cinemas, LLC**
_____,
Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bruce and Diane Sanborn Trust** 13 Corporate Plaza Suite 110 Newport Beach, CA 92660 | | 19% | member |
| **Sanborn Theaters, Inc.** 13 Corporate Plaza, Suite 110 Newport Beach Newport Beach, CA 92660 | | 49% | member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the , Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 20, 2010**

Signature **/s/ Bruce Sanborn**
Bruce Sanborn
, Managing Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Helen Ryan Frazer State Bar No. 29627<br>Atkinson, Andelson, Loya, Ruud & Romo<br>12800 Center Court Drive, Suite 300<br>Cerritos, CA 90703<br>(562) 653-3200 Fax (562)653-3333<br>hfrazer@aalrr.com<br>☒ Attorney for: Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Gardenwalk Cinemas, LLC<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br>ADV. NO.:<br>CHAPTER: 11 |
|---|---|

# Corporate Ownership Statement Pursuant to
# FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Helen Ryan Frazer, the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☐ I am the president or other officer or an authorized agent of the debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☒ I am the attorney for the debtor corporation

2. a. ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *[For additional names, attach an addendum to this form.]*
    See Statement of Equity Security Holders

    b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

/s/ _____ 1/21/10 _____
Signature of Attorney or Declarant                    Date

Helen Ryan Frazer
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009

F 1007-4



# ACTION BY WRITTEN CONSENT OF MANAGING MEMBER OF GARDENWALK CINEMAS LLC

The undersigned, Managing Member of Gardenwalk Cinemas, LLC, a California limited liability company, do hereby consent to and adopt the following resolutions as the action of the LLC:

### Election of Chapter 11 of Title 11 of the United States Code

WHEREAS, the LLC is unable to meet its current financial obligations;

WHEREAS, it is in the best interest of the LLC to petition for relief under Chapter 11 of Title 11 of the United States Code;

RESOLVED, that the LLC adopts the provisions allowed under Chapter 11 of Title 11 of the United States Code.

FURTHER RESOLVED, that Managing Member, Sanborn Theaters, Inc., through its President, Bruce Sanborn, is authorized and directed to execute any and all agreements and/or documents in the name of and on behalf of the corporation associated with the requirements under Chapter 11 of Title 11 of the United States Code.

### Employment of Law Firm

WHEREAS, it is in the best interest of the corporation to engage the services of a law firm with regards to the relief sought under Chapter 11 of Title 11 of the United States Code.

WHEREAS, Helen R. Frazer and Atkinson, Andelson, Loya, Ruud & Romo, a professional corporation, represent that they hold no interest adverse to the estate and are "disinterested" within the meaning of 11 U.S.C. §327(a).

RESOLVED, that Helen R. Frazer and Atkinson, Andelson, Loya, Ruud & Romo, a professional corporation, upon confirmation by the Court, is employed as counsel to the corporation.

FURTHER RESOLVED, that the members of the LLC are authorized and directed to file the necessary orders and applications with the United States Bankruptcy Court, Central District of California on behalf of the corporation to request such appointment.

This Action by s Written Consent of Managing Member is taken as authorized under Section 307(b) of the California Corporations Code to be effective as of the 21st day of April 2005.

Sanborn Theaters, Inc.

By _*BS*_____
Bruce Sanborn, President

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Helen Ryan Frazer<br>Atkinson, Andelson, Loya, Ruud & Romo<br>12800 Center Court Drive, Suite 300<br>Cerritos, CA 90703<br>(562) 653-3200 Fax: (562) 653-3333<br>92627<br>☒ Attorney for: Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Gardenwalk Cinemas, LLC<br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists — Date Filed: **1/21/10**
☐ Amendments to the petition, statement of affairs, schedules or lists — Date Filed: _____
☐ Other: _____ — Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

/s/ Bruce Sanborn     January 21, 2010
*Signature of Authorized Signatory of Filing Party*     Date

Bruce Sanborn
*Printed Name of Authorized Signatory of Filing Party*

Sanborn Theaters, Inc., Managing Member
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

/s/ Helen Ryan Frazer     January 21, 2010
*Signature of Attorney for Filing Party*     Date

Helen Ryan Frazer
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006