(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES OF
**GLASS & GOLDBERG**
A LAW CORPORATION

21700 OXNARD STREET, SUITE 430
WOODLAND HILLS, CALIFORNIA 91367-3665
TELEPHONE (818) 888-2220
TELECOPIER (818) 888-2229

Robert M. Berger, SBN 158765
Dixon L. Gardner, SBN 213119

Attorneys for Creditor
PNCEF, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>GARDENWALK CINEMAS, LLC,<br><br>Debtor. | ) CASE NO: 8:10-bk-10730 RK<br>) CHAPTER 11<br>)<br>) DECLARATION OF MARSHALL F.<br>) GOLDBERG IN SUPPORT OF<br>) EMERGENCY MOTION FOR RELIEF<br>) FROM STAY AND TEMPORARY<br>) RESTRAINING ORDER<br>)<br>) <u>Hearing</u><br>) DATE: July 15, 2010<br>) TIME: 3:30 p.m.<br>) DEPT: 5D |

I, Marshall F. Goldberg, declare:

1.  I am an attorney licensed to practice law before all of the courts of the State of California and am admitted to practice before the United States Bankruptcy Court for the Central District of California. I am a principal in the law firm of Glass & Goldberg, APLC, attorneys of record for secured creditor PNCEF, LLC ("PNCEF") the moving party herein. I have personal knowledge of all facts herein and if called upon to do so I could and would testify to such facts.

2.  PNCEF was formerly known as National City Commercial Capital Company, LLC ("NC-4"). On or about November 7, 2009NC-4 changed its name to PNCEF.

1

3. On or about August 6, 2009, NC-4 filed a lawsuit in the Superior Court of Orange County against Gardenwalk Cinemas, LLC ("Gardenwalk"), Bruce Sanborn, and Sanborn Theatres, Inc. for Breach of Contract, Claim and Delivery, and Breach of Guaranties. The Breach of Contract claim was against the Debtor Gardenwalk Cinemas, LLC. The Claim and Delivery claim action was against all of the Defendants. The Breach of Guaranty claims were against Bruce Sanborn, and Sanborn Theatres, Inc. ("Sanborn Defendants").

4. On or about August 10, 2009, NC-4 filed an Application for Writ of Possession.

5. NC-4's Applications for a Writ of Possession and for Writ(s) of Attachment were heard on October 16, 2009, before the Honorable Linda S. Marks.

6. At the hearing Judge Marks denied NC-4's Application without prejudice to give Defendants more time to attempt to make payments on the Leases. At the time of the hearing the Defendants were in default under the Leases but had made some partial payments which NC-4 accepted as mitigation payments.

7. Judge Marks stated that while she was sympathetic to NC-4's position, she felt that the Applications were premature. She stressed that she was not ruling on the merits and that we could reapply at anytime. She believed that if she granted the Writs it could drive the Debtor out of business and therefore NC-4 would have too much leverage and therefore not enough incentive to settle.

///
///
///
///
///

8. Subsequently, the state court action was transferred to Orange County's complex courts before the Honorable Nancy Wieben Stock.

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States that the foregoing is true and correct. Executed this 12th day of July, 2010 at Woodland Hills, CA.

/S/ Marshall F. Goldberg, Declarant

| In re: GARDENWALK CINEMAS, LLC | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: 8:10-bk-10730-R |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
21700 Oxnard Street, Suite 430, Woodland Hills, CA 91367

A true and correct copy of the foregoing document described as **SEE DOCUMENT LIST** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 13, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
Helen R Frazer, Attorney for Gardenwalk Cinemas LLC - hfrazer@aalrr.com; Frank Cadigan, Attorney for U.S. Trustee (SA) - frank.cadigan@usdoj.gov; United States Trustee (SA) - ustpregion16.sa.ecf@usdoj

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On July 13, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 13, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
By attorney service:
The Honorable Robert Kwan / Courtroom 5D
U.S. Bankruptcy Court, 411 West Fourth St., Santa Ana, CA

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 13, 2010 | MARCELLA WAGNER | /S/ MARCELLA WAGNER |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

F901331

| In re: GARDENWALK CINEMAS, LLC | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:10-bk-10730-R |

**ADDITIONAL SERVICE INFORMATION (if needed):**


**DOCUMENTS SERVED:**

CREDITOR PNCEF, LLC'S APPLICATION FOR EMERGENCY HEARING ON MOTION FOR RELIEF FROM STAY AND FOR TEMPORARY RESTRAINING ORDER;

DECLARATION OF ROBERT M. BERGER IN SUPPORT OF EMERGENCY MOTION FOR RELIEF FROM STAY AND TEMPORARY RESTRAINING ORDER;

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CREDITOR PNCEF, LLC'S EMERGENCY APPLICATION FOR RELIEF FROM STAY AND FOR TEMPORARY RESTRAINING ORDER;

DECLARATION OF MARSHALL F. GOLDBERG IN SUPPORT OF EMERGENCY MOTION FOR RELIEF FROM STAY AND TEMPORARY RESTRAINING ORDER;

| In re: GARDENWALK CINEMAS, LLC | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: 8:10-bk-10730-R |

**ADDITIONAL SERVICE INFORMATION (if needed):**

II. SERVED BY U.S. MAIL

Gardenwalk Cinemas LLC, 13 Corporate Plaza Dr Ste 110, Newport Beach, CA 92660;

Anaheim GW II, LLC, PO Box 27324, San Diego, CA 92198;

Employers Compensation, PO Box 52791, Phoenix. AZ 85071;

Schult, 900 N.W. Hunter Dr., Blue Sorinas MO 64015;

Technicolor, Dept 8498, Los Angeles CA 90084;

Theater Service and Supply, 9582 Topanga Canyon Blvd., Chatsworth CA 91311;

III. SERVED BY FACSIMILE TRANSMISSION AND EMAIL:

(FACSIMILE TRANSMISSION)

Continental Concession Supplies, 250 Fulton Ave, New Hyde Park, NY 11040 / (516) 629-4975 fax;

IMAXCorp, 2525 Speakman Dr., Mississauga, Ontario, Canada L5K1B1 / (905) 403-6450 fax;

State Board of Equalization, PO Box 942879, Sacramento CA 94279 / (916) 227-6746 fax;

Travelers Insurance, PO Box 26385, Richmond. VA 23260 / (860) 954-3956 fax;

WLC Architects, 8163 Rochester Ave, Suite 700, Irvine CA 92614 / (909) 980-9980 fax;

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: GARDENWALK CINEMAS, LLC | CHAPTER: |
| --- | --- |
| Debtor(s). | CASE NUMBER: 8:10-bk-10730-R |

**ADDITIONAL SERVICE INFORMATION (if needed):**

III. <u>SERVED BY FACSIMILE TRANSMISSION AND EMAIL (CONT.):</u>

(EMAIL)

City of Anaheim: Cityattorneysoffice@anaheim.net;

Frize Corporation: jfrize@frizecorp.com;

James Woodin: Jameswoodin@sbcglobal.net;

Kendrick, Jackson & Kearl: jkendrick@kjklawyers.com;

PNC West, Inc.: sales@pncwest.com;

Royal Paper Corp: jsoto@royal-paper.com;

Stadling, Yucca, Carlson & Rauth: wrauth@sycr.com;

Tempo Industries: michaelk@tempoindustries.com;

Wesnic: bsmithwick@wesnic.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1