Helen R. Frazer    STATE BAR NO.92627
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

Counsel to Debtor
GARDENWALK CINEMAS, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>GARDENWALK CINEMAS LLC,<br><br>Debtor. | CASE NO.   8:10-bk-10730 RK<br>CHAPTER 11<br><br>**DEBTOR'S OPPOSITION TO EMERGENCY MOTION FOR RELIEF FROM STAY**<br><br>HRG DATE: July 15, 2010<br>TIME: 3:30 P.M.<br>CTRM: 5D |

Debtor, GARDENWALK CINEMAS, LLC hereby files the following OPPOSITION TO PNCEF's EMERGENCY MOTION FOR RELIEF FROM STAY AND FOR TEMPORARY RESTRAINING ORDER:

A. <u>Notice of the Motion is Inadequate</u>

PNNCEF filed its motion on July 13, 2010 for a hearing on July 15, 2010. Debtor's counsel did not receive notice of the motion through ECF until the morning of July 14, 2010. No fax, e-mail or telephonic notice of the Motion was provided to counsel. Pursuant to Local Bankruptcy Rule 9075-1(4) telephonic notice is required on any emergency motion. Further pursuant to Local Bankruptcy Rule 9075-1(5) the moving papers must be served by fax, email or personal service not later than the time the papers are filed with the court. Movant did not comply with either rule.

B. <u>A Temporary Restraining Order may only be granted after filing of an adversary complaint for injunctive relief.</u>

Federal Rule of Bankruptcy Procedure Rule 7001(7) specifically provides that an adversary proceeding is required to obtain an injunction of other equitable relief. Thus the request in this Emergency Motion is not permitted under applicable bankruptcy law.

C. <u>Cause has not been shown to grant the requested relief on an emergency basis.</u>

In a hearing held on July 14, 2010, the Debtor agreed not to remove the equipment that is located at the Anaheim Gardenwalk premises and that is subject to PNCEF's lease until at least August 6, 2010. Thus there is no reason for motion to relief to be heard prior to the July 27th regular hearing date.

Based on the foregoing, no cause has been shown to grant relief on an emergency basis. Accordingly, this motion must be denied.

DATED: July 13, 2010

Atkinson, Andelson, Loya, Ruud & Romo

By: _____
Helen R. Frazer
Counsel to Debtor

# DECLARATION OF HELEN RYAN FRAZER

I, HELEN RYAN FRAZER declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before the Bankruptcy Court for the Central District of California. I am counsel to Debtor, Gardenwalk Cinemas, LLC in the above referenced matter.

2. I first learned of PNCEF's emergency motion on the morning of July 14, 2010 when I checked my daily ECF filing notices. I did not receive any telephonic notice of the motion. Nor did I receive any notice by fax, e-mail or personal delievery.

3. On July 14, 2010, I attended a hearing at which PNCEF's counsel participated by telephone. At that hearing an agreement was reached to extend the Debtor's possession date for the property to August 6, 2010. As part of that agreement, Debtor agreed not to remove quipment that is located at the Anaheim Gardenwalk premises and that is subject to PNCEF's lease until at least that date. Accordingly, no cause has been shown to advance the hearing on the relief from stay motion filed by PNCEF that is presently set for July 27, 2010.

4. I am not able to attend the hearing date set for the emergency motion on July 15, 2010 as I am a panel Chapter 7 Trustee and have 137 cases in which I must conduct a 341a meeting of creditor scheduled from 8 a.m. through 4 p.m. on July 15, 2010 in the Riverside bankruptcy court. Accordingly, I request that PNCEF's motion be denied or alternatively continued to July 27, 2010 to be heard concurrent with the relief from stay motion.

I declare under penalty of perjury that the foregoing is true and correct and if called as a witness could and would competently testify thereto.

Executed this 15th day of July at Cerritos, Ca.



Helen Ryan Frazer

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 12800 CENTER COURT DRIVE, SUITE 300, CERRITOS, CA 90631

A true and correct copy of the foregoing document described as: Opposition to PNCEF Emergency Motion will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 14, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| Office of the US Trustee | ustp.region16.sa.ecf@usdoj.gov |
| Frank Cadigan | frank.cadigan@usdoj.gov |
| John Morell, Counsel to Anaheim GW II, LLC | morrell@higgslaw.com, beltonk@higgslaw.com |
| Matthew Covington, Counsel to Citigroup | matthew.covington@dlapiper.com |
| Matthew Grimshaw - Counsel to Calif. Bank & Trust | mgrimshaw@rutan.com |
| Dixon Gardner, counsel to PNCEF | dgardner@glassgoldberg.com |

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL**
On July 14, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

HON. ROBERT KWAN
US BANKRUPTCY COURT
411 WEST FOURTH STREET
CTRM 5D
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

III. **SERVED BY EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 14, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 14, 2010                                               _____
                                                                                Helen R. Frazer

012817.00006/1506567v

1