(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES OF
**GLASS & GOLDBERG**
A LAW CORPORATION

21700 OXNARD STREET, SUITE 430
WOODLAND HILLS, CALIFORNIA 91367-3665
Telephone (818) 888-2220
Telecopier (818) 888-2229

Robert M. Berger, SBN 158765
Dixon L. Gardner, SBN 213119

Attorneys for Creditor
PNC Equipment Financial, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re:

GARDENWALK CINEMAS, LLC,

    Debtor.

) CASE NO: 8:10-bk-10730 RK
)
) CHAPTER 11
)
) DECLARATION OF NOTICE OF
) EMERGENCY MOTION TO ADVANCE
) MOTION FOR RELIEF FROM STAY
) AND TEMPORARY RESTRAINING
) ORDER
)
)
) **Hearing**
) DATE: July 15, 2010
) TIME: 3:30 p.m.
) DEPT: 5D

I, Robert M. Berger, declare:

1.    I am an attorney licensed to practice law before all of the courts of the State of California and am an associate in the law offices of Glass & Goldberg, APLC, attorneys of record for Creditor PNCEF, LLC ("PNCEF"). I have personal knowledge of all facts herein contained and if called upon to do so I could and would testify competently to such facts.

2.    PNCEF's emergency Motion to Advance the hearing on its Motion for Relief from Stay, and, requesting a temporary restraining order was served by email to most of the interested

1

parties with email addresses on Tuesday July 14, 2010 at 4:52 p.m. A true and correct copy of the email attaching PNCEF's moving papers is attached hereto as Exhibit "A" and made a part herein by this reference.

3. The remaining interested parties were served by facsimile except for those parties that had no facsimile or email address.

4. The companies which were served by U.S. Mail only were those in which I could not find an email or telephone number, except for Theater Service and Supply who did not answer their phone when my assistant, Elizabeth Barber, called them while I watched.

5. I have read Ms. Frazer's Opposition and she is the very first email address on the list of those we served Tuesday afternoon.

6. Further, Ms. Frazer discussed PNCEF's emergency motion yesterday, July 13, 2010, at the 11:00 a.m. status conference in this matter and did not raise a notice issue or object. My notes indicate that Ms. Frazer informed the Court she was not going to oppose the motion, and, because of her heavy court schedule would not be appearing at this hearing.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 15th day of July, 2010 at Woodland Hills, CA

Robert M. Berger, Declarant

# EXHIBIT A

**Elizabeth Barber**

| | |
|---|---|
| From: | Elizabeth Barber |
| Sent: | Tuesday, July 13, 2010 4:52 PM |
| To: | 'hfrazer@aalr.com'; 'jkendrick@kjklawyers.com'; 'jfrize@frizecorp.com'; 'jsoto@royal-paper.com'; 'Jameswoodin@sbcglobal.net'; 'wrauth@sycr.com'; 'sales@pncwest.com'; 'michaelk@tempoindustries.com'; 'bsmithwick@wesnic.com'; 'mgrimshaw@rutan.com'; 'smarcus@gblaw.net'; 'uspregion16.sa.cc@usdoj.gov'; 'frank.cadigan@usdoj.gov'; 'cityattorneyoffice@anaheim.net' |
| Cc: | Robert Berger; Dixon Gardner |
| Subject: | In re Gardenwalk Cinemas, LLC – Central District Chapter 11 Bankruptcy Case No. 8:10-bk-10730 RK |
| Attachments: | Emerg Apl RMB Dec Part 2.pdf; Emerg Apl for RFS Hearing.pdf; Emerg Apl MFG Dec.pdf; Emerg Apl P&A.pdf; Emerg Apl RMB Dec Part 1.pdf |

Attached please find the Creditor PNCEF, LLC's Application for Emergency Hearing on Motion for Relief From Stay and for Temporary Restraining Order;

Declaration of Marshall F. Goldberg in Support of Emergency Motion for Relief From Stay and Temporary Restraining Order;

Declaration of Robert M. Berger in Support of Emergency Motion for Relief from Stay and Temporary Restraining Order;

Memorandum of Points and Authorities in Support of Creditor's Application for Relief from Stay and Temporary Restraining Order.

These documents have been served to the parties in accordance to the attached Proofs of Service.



**Elizabeth Barber**
**Glass & Goldberg, A Law Corporation**
**21700 Oxnard Street, Suite 430**
**Woodland Hills, CA 91367-3665**
**(818) 888-2220 Telephone**
**(818) 888-2229 Facsimile**

1
EXHIBIT A