| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number<br>**Dixon L. Gardner #213119**<br>**Robert M. Berger #158765**<br>**GLASS & GOLDBERG**<br>**21700 Oxnard Street, Suite 430**<br>**Woodland Hills, CA 91367**<br>**(818) 888-2220 / (818) 888-2229 FAX**<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant:* **PNCEF, LLC** | FOR COURT USE ONLY **FILED & ENTERED**<br><br>**JUL 16 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY kent     DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | **CHANGES MADE BY COURT** |
| In re:<br><br>GARDENWALK CINEMAS, LLC<br><br>                              Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 8:10-bk-10730-RK<br><br>DATE:  July 15, 2010<br>TIME:   3:30 pm<br>CTRM: 5D<br>FLOOR: |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER 11 U.S.C. § 362 (Personal Property)**
**(MOVANT: PNCEF, LLC)**

1. The Motion was:     ☒ Contested          ☐ Uncontested          ☐ Settled by Stipulation

2. The Motion affects the following personal property ("Property"):

   ☐ Vehicle *(describe year, manufacturer, type and model)*:

   *Vehicle Identification Number:*
   *Location of vehicle (if known):*

   ☒ Equipment *(describe manufacturer, type, and characteristics)*: 2 - BARCO DP3000, DLP CINEMA PROJECTOR AND ALL RELATED PROPERTY; 4 - NEW DOLBY PROCESSORS CP650DC (DIGITAL ONLY); 9 - NEW DOLBY PROCESSORS CP650D (FILM AND DIGITAL); 10 - BACP SRD PENTHOUSE READERS

   *Serial numbers(s):*
   *Location (if known):* 13 Corporate Plaza, #110 Newport Beach, CA 92660; 321 W. Katella Ave, Anaheim, CA 92802
   41090 Calif. Oaks Rd, Murrieta, CA 92562; 27531 Ynez Rd, Temecula, CA 92591

   ☐ Other Personal Property *(describe type, identifying information, and location)*:

   ☐ See Exhibit _____ attached to this Order.

3. The Motion is granted under:     ☒ 11 U.S.C. § 362(d)(1)          ☒ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

   a.    ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.

   b.    ☐ Annulled retroactively to the date of the bankruptcy petition filing.

   c.    ☐ Modified or conditioned as set forth in Exhibit_____ to this Order.
                    *(This Order is continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                     **F 4001-10.PP**

Order on Motion for Relief from Stay (Personal Property) – Page 2 of 4    **F 4001-10.PP**

| In re:<br>GARDENWALK CINEMAS, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 8:10-bk-10730-RK |
|---|---|

5.  ☒ Movant may enforce its remedies to repossess or otherwise obtain possession and dispose of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6.  ☐ Movant shall not repossess the Property before the following date *(specify)*:

7.  ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8.  ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9.  This Court further orders as follows:

    a.  ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b.  ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c.  ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.
    d.  ☐ See attached continuation page for additional provisions.

    Request for temporary restraining order is denied because an adversary proceeding is required. The court waives waiting period requirements of LBR 9021-1(b)(3).

**###**

DATED: July 16, 2010

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 4001-10.PP**

Order on Motion for Relief from Stay (Personal Property) – Page 3 of 4 **F 4001-10.PP**

| In re:<br>GARDENWALK CINEMAS, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 8:10-bk-10730-RK |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**21700 Oxnard Street, Suite 430, Woodland Hills, CA 91367**

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STATY UNDER 11 U.S.C. § 362 (Personal Property)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**NOTE – PLEASE SEE NOTE AT TOP OF THIS FORM**

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **July 16, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Helen R Frazer, Esq., Atkinson Andelson Loya Ruud & Romo, 17871 Park Plaza Dr, Ste 200, Cerritos, CA 90703; Gardenwalk Cinemas LLC, Attn: Bruce Sanborn, Managing Member, 13 Corporate Plaza Dr., Ste 110, Newport Beach, CA 92660**

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **July 16, 2010** | **MARCELLA WAGNER** | **/S/ MARCELLA WAGNER** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 4001-10.PP**

Order on Motion for Relief from Stay (Personal Property) – Page 4 of 4   **F 4001-10.PP**

| In re:<br>GARDENWALK CINEMAS, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 8:10-bk-10730-RK |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STATY UNDER 11 U.S.C. § 362 (Personal Property)** was entered on the date indicated as ○Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **July 16, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Helen R Frazer, Attorney for Gardenwalk Cinemas LLC - hfrazer@aalrr.com; Frank Cadigan, Attorney for U.S. Trustee (SA) - frank.cadigan@usdoj.gov; United States Trustee (SA)- ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Gardenwalk Cinemas LLC, Attn: Bruce Sanborn, Managing Member, 13 Corporate Plaza Dr., Ste 110, Newport Beach, CA 92660**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*   **F 4001-10.PP**

# CERTIFICATE OF NOTICE

```
District/off: 0973-8           User: admin                 Page 1 of 1              Date Rcvd: Jul 16, 2010
Case: 10-10730                 Form ID: pdf030             Total Noticed: 17

The following entities were noticed by first class mail on Jul 18, 2010.
db          +Gardenwalk Cinemas LLC,   13 Corporate Plaza Dr Ste 110,   Newport Beach, CA 92660-7919
aty          ATKINSON ANDELSON LOYA RUUD & ROMO,   12800 Center Court Dr Ste 300,   Cerritos, CA  90703-9364
aty         +Charles A Pernice,   Law Offices of Charles A. Pernice,   260 Newport Center Dr Ste 100,
              Newport Beach, CA 92660-7522
aty         +Dixon L Gardner,   21700 Oxnard St Ste 430,   Woodland Hills, CA 91367-3665
aty         +Eric R Gruber,   100 Van Ness Ave 19th Fl,   San Francisco, CA 94102-5210
aty         +Frank Cadigan,   411 W 4th St Ste 9041,   Santa Ana, CA 92701-8000
aty         +Helen R Frazer,   Atkinson Andelson Loya Ruud & Romo,   17871 Park Plaza Dr Ste 200,
              Cerritos, CA 90703-8597
aty         +John L Morrell,   401 W A St Ste 2600,   San Diego, CA 92101-7913
aty         +Laura L Buckley,   Higgs Fletcher & Mack LLP,   401 W A St Ste 2600,   San Diego, CA 92101-7913
aty         +Lori Serota,   Bragg & Kuluva,   3090 Bristol St Ste 640,   Costa Mesa, CA 92626-7320
aty         +Matthew Grimshaw,   611 Anton Blvd Fourteenth Flr,   Costa Mesa, CA 92626-7005
aty         +Matthew S Covington,   153 Townsend St Ste 800,   San Francisco, CA 94107-1957
aty         +Matthew S Covington,   555 Mission St Ste 2400,   San Francisco, CA 94105-0922
aty         +Nadine DY Adrian,   England Ponticello & St Clair,   701 B St Ste 1790,
              San Diego, CA 92101-8142
ust         +United States Trustee (SA),   411 W Fourth St., Suite 9041,   Santa Ana, CA 92701-8000
cr          +California Bank & Trust,   c/o Rutan & Tucker, LLP,   611 Anton Blvd., Fourteenth Floor,
              Costa Mesa, CA 92626-7005
cr          +PNCEF, LLC,   c/o DIXON L. GARDNER,   GLASS & GOLDBERG,   21700 Oxnard St., Suite 430,
              Woodland Hills, CA 91367-3606
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Anaheim GW II, LLC
intp          CITIGROUP GLOBAL MARKETS REALTY CORP.
cr            Imax Corporation
cr            Joe Morse
intp          Katella Anaheim Retail, LLC
cr            Seabright Insurance Company
cr            Wayne Lohse and Lynn Lohse
                                                                                   TOTALS: 7, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2010**                   **Signature:** *Joseph Speetjens*